# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Brown, Kenneth B | § | Case No.  08 B 15875 |
|---|---|---|---|
| | Brown, Cassandra J | § | |
| | Debtors | § | |
| | | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 06/20/2008.

2)   The plan was confirmed on 09/15/2008.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/10/2009.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 04/16/2012.

5)   The case was converted on 04/20/2012.

6)   Number of months from filing or conversion to last payment: 45.

7)   Number of months case was pending: 47.

8)   Total value of assets abandoned by court order: (NA).

9)   Total value of assets exempted: $93,510.19.

10)   Amount of unsecured claims discharged without full payment: $0.

11)   All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

## Receipts:

| | | |
|---|---|---:|
| Total paid by or on behalf of the debtor | $15,855.00 | |
| Less amount refunded to debtor | $0 | |
| **NET RECEIPTS:** | | $15,855.00 |

## Expenses of Administration:

| | | |
|---|---|---:|
| Attorney's Fees Paid Through the Plan | $2,500.00 | |
| Court Costs | $0 | |
| Trustee Expenses & Compensation | $926.97 | |
| Other | $0 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $3,426.97 |

Attorney fees paid and disclosed by debtor      $1,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Cook County Treasurer | Secured | $0 | NA | NA | $0 | $0 |
| US Bank | Secured | $19,710.00 | $18,859.64 | $18,859.64 | $0 | $0 |
| US Bank | Secured | $4,005.00 | $4,005.00 | $4,005.00 | $4,005.00 | $195.14 |
| Wells Fargo Home Mortgage | Secured | $128,998.54 | NA | NA | $0 | $0 |
| American Express Centurion | Unsecured | $12,641.00 | $13,296.86 | $13,296.86 | $982.27 | $0 |
| American Express Centurion | Unsecured | $105.00 | $377.78 | $377.78 | $27.93 | $0 |
| American General Finance | Unsecured | $0 | NA | NA | $0 | $0 |
| Blair | Unsecured | $0 | NA | NA | $0 | $0 |
| Blair | Unsecured | $0 | NA | NA | $0 | $0 |
| Blazer Financial Services Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| Brylane Home | Unsecured | $297.00 | NA | NA | $0 | $0 |
| Cache Inc | Unsecured | $6,887.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $0 | NA | NA | $0 | $0 |
| Chase | Unsecured | $0 | NA | NA | $0 | $0 |
| CitiFinancial | Unsecured | $19,720.00 | NA | NA | $0 | $0 |
| CitiFinancial Mortgage | Unsecured | $0 | NA | NA | $0 | $0 |
| CitiFinancial Mortgage | Unsecured | $0 | NA | NA | $0 | $0 |

*(Continued)*

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Dell Financial Services, Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| East Bay Funding | Unsecured | NA | $366.29 | $366.29 | $27.08 | $0 |
| ECast Settlement Corp | Unsecured | $1,431.00 | $1,572.17 | $1,572.17 | $116.22 | $0 |
| ECast Settlement Corp | Unsecured | $5,999.00 | $5,853.79 | $5,853.79 | $432.48 | $0 |
| ECast Settlement Corp | Unsecured | $8,041.00 | $7,927.60 | $7,927.60 | $585.61 | $0 |
| ECast Settlement Corp | Unsecured | $3,986.00 | $4,232.90 | $4,232.90 | $312.64 | $0 |
| Edfinancial Services | Unsecured | $7,858.00 | NA | NA | $0 | $0 |
| Fifth Third Bank | Unsecured | $1,078.00 | $1,375.03 | $1,375.03 | $101.52 | $0 |
| Fifth Third Bank | Unsecured | $0 | $21,984.55 | $21,984.55 | $1,623.33 | $0 |
| First Midwest Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| Firstar Bank-Elan Financial | Unsecured | $150.00 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |
| GMAC Auto Financing | Unsecured | $0 | NA | NA | $0 | $0 |
| GMAC Auto Financing | Unsecured | $0 | NA | NA | $0 | $0 |
| HFC | Unsecured | $0 | NA | NA | $0 | $0 |
| Household Retail Services | Unsecured | $0 | NA | NA | $0 | $0 |
| Household Retail Services | Unsecured | $0 | NA | NA | $0 | $0 |
| Household Retail Services | Unsecured | $0 | NA | NA | $0 | $0 |
| Household Retail Services | Unsecured | $0 | NA | NA | $0 | $0 |
| Illinois Student Assistance Commissi | Unsecured | $8,170.00 | $8,474.72 | $8,474.72 | $626.05 | $0 |
| Illinois Student Assistance Commissi | Unsecured | NA | $8,436.64 | $8,436.64 | $623.20 | $0 |
| Ivanhoe Financial Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| Midland Finance Company/CPS | Unsecured | $0 | NA | NA | $0 | $0 |
| Monterey Financial Services | Unsecured | $0 | NA | NA | $0 | $0 |
| Montgomery Ward & Co Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $342.78 | NA | NA | $0 | $0 |
| Newport News | Unsecured | $0 | NA | NA | $0 | $0 |
| NorthStar Credit Union | Unsecured | $0 | NA | NA | $0 | $0 |
| NorthStar Credit Union | Unsecured | $0 | NA | NA | $0 | $0 |
| NorthStar Credit Union | Unsecured | $0 | NA | NA | $0 | $0 |
| Ocwen Loan Servicing LLC | Unsecured | $0 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $0 | $11,631.92 | $11,631.92 | $859.23 | $0 |
| Portfolio Recovery Associates | Unsecured | $0 | $6,887.70 | $6,887.70 | $508.81 | $0 |
| Sears/Citibank SD | Unsecured | $0 | NA | NA | $0 | $0 |
| Target National Bank | Unsecured | $0 | NA | NA | $0 | $0 |

*(Continued)*

## **Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| United States Dept Of Education | Unsecured | $17,750.00 | $18,971.57 | $18,971.57 | $1,401.52 | $0 |
| Wells Fargo Fin Acceptance | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Fin Acceptance | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Fin Acceptance | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Fin Acceptance | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Fin Acceptance | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Fin Acceptance | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Fin Acceptance | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Fin Acceptance | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Fin Acceptance | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Fin Acceptance | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Home Mortgage | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Home Mortgage | Unsecured | $0 | NA | NA | $0 | $0 |
| Wfcb/Blair Catalog | Unsecured | $0 | NA | NA | $0 | $0 |
| Wfcb/Blair Catalog | Unsecured | $0 | NA | NA | $0 | $0 |
| Wfnnb/Lane Bryant | Unsecured | $0 | NA | NA | $0 | $0 |
| WFNNB/Roaman | Unsecured | $0 | NA | NA | $0 | $0 |
| World Financial Network National Ba | Unsecured | $0 | NA | NA | $0 | $0 |
| World Financial Network National Ba | Unsecured | $0 | NA | NA | $0 | $0 |
| World Financial Network National Ba | Unsecured | $0 | NA | NA | $0 | $0 |
| World Financial Network National Ba | Unsecured | $0 | NA | NA | $0 | $0 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $22,864.64 | $4,005.00 | $195.14 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $22,864.64 | $4,005.00 | $195.14 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $111,389.52 | $8,227.89 | $0 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $3,426.97 |
| Disbursements to Creditors | $12,428.03 |
| **TOTAL DISBURSEMENTS:** | $15,855.00 |

12)    The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: May 22, 2012                     By:  /s/ MARILYN O. MARSHALL
                                                              Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)